IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALTER ARRINGTON, III, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:15-CV-00711-WC |
| | ) |
| ANA P. HALL CONSTRUCTION, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Ana P. Hall Construction, LLC a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Ana P. Hall Construction, LLC | Party Defendant |

Date: 10/12/2015                /s/ Bradford J. Griffin
                **BRADFORD J. GRIFFIN (GRI008)**
                Law Offices of Vickers & White, PLLC
                428 S. Lawrence St.
                Montgomery, AL 36104
                Telephone (334) 269-1192
                Facsimile (334) 239-7408
                bgriffin@vickersandwhitelaw.com

## CERTIFICATE OF SERVICE

I, Bradford J. Griffin, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic notification via filing the same with the CM/ECF system on this 12th day of October 2015, to:

D. Craig Allred
Allred & Alfred, P.C.
7030 Fain Park Drive, Suite 9
Montgomery, AL 36117

N. Osaygefo Grubbs
The Grubbs Law Firm, L.L.C.
1703 Platt Place
Montgomery, AL 36117

John E. Goodman
BRADLEY ARANT BOULT CUMMINGS, LLP
One Federal Place 1819
Fifth Avenue North
Birmingham, AL 35203

*/s/ Bradford J. Griffin*
**BRADFORD J. GRIFFIN (GRI008)**