IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WALTER ARRINGTON, III, an  )<br>Individual, et al.,          )<br>                              )<br>    Plaintiffs,              )<br>                              )<br>    v.                        )<br>                              )<br>ANA P. HALL CONSTRUCTION,    )<br>L.L.C., an unregistered      )<br>foreign limited liability   )<br>corporation; et al.,         )<br>                              )<br>    Defendants.               ) | CIVIL ACTION NO.<br>  2:15cv711-MHT |

ORDER

It is ORDERED that the motion to continue and for enlargement of time (doc. no. 14) is granted, and that the motion to remand (doc. no. 10) is reset for submission, without oral argument, on November 23, 2015, with any opposition brief due by November 16, 2015, and any reply to the opposition due by November 23, 2015.

DONE, this the 4th day of November, 2015.

    /s/ Myron H. Thompson\_\_\_\_
UNITED STATES DISTRICT JUDGE