IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALTER ARRINGTON, III, et. al., | ) |
| *Plaintiffs*, | ) ) ) |
| vs. | ) CIVIL ACTION NO. ) 2:15-cv-00711-MHT-GMB |
| ANA P. HALL CONSTRUCTION, L.L.C., et. al., | ) ) ) |
| *Defendants.* | ) |

## PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY BRIEF

NOW COME the Plaintiffs, by and through counsel, and move the Court to extend the Plaintiffs' time for filing a reply brief to the Defendants' Opposition to the Plaintiffs' Motion to Remand from November 23, 2015, through, and including, Monday, November 30, 2015. The undersigned has conferred with defense counsel and this motion for enlargement of time is unopposed.

*Attorneys for Plaintiffs*

/s/ D. Craig Allred
DAVID E. ALLRED (ASB-3233-A40D)
D. CRAIG ALLRED (ASB-5118-D60A)

*Arrington, et. al. v. Ana P. Hall Construction, L.L.C., et al.*
Plaintiffs' Unopposed Motion for
Enlargement of Time to File Reply Brief

OF COUNSEL:

ALLRED & ALLRED, P.C.
7030 Fain Park Drive, Suite 9
Montgomery, AL 36117
Telephone:   (334) 396-9200
Facsimile:    (334) 396-9977
E-Mail:          dallred@allredpclaw.com
                    callred@allredpclaw.com


                                        /s/ *N. Osaygefo Grubbs*
                                        N. OSAYGEFO GRUBBS (ASB-4306-M72G)

OF COUNSEL:

THE GRUBBS LAW FIRM, L.L.C.
1703 Platt Place
Montgomery, Alabama 36117
E-Mail:          ogrubbs@mylawyerlobby.com

*Arrington, et. al. v. Ana P. Hall Construction, L.L.C., et al.*
Plaintiffs' Unopposed Motion for
Enlargement of Time to File Reply Brief                -2-

## CERTIFICATE OF SERVICE

      I hereby certify that I have this 19th day of November, 2015, electronically filed a copy of the foregoing *Plaintiffs' Unopposed Motion for Enlargement of Time to File Reply Brief* using the CM/ECF AlaFile system who will send notification of such filing to the following parties:

*Attorney for Defendant Southern Holdings, II, LLC; and John Hurst*
John E. Goodman, Esq.
BRADLEY, ARANT, BOULT CUMMINGS, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL  35203
jgoodman@babc.com

*Attorneys for Defendants Ana P. Hall Construction, LLC; Ana P. Hall, individually; DeAngelo DeSantos; and Barbara Provitt*
Bradford J. Griffin, Esq.
Lindsay C. Ronilo, Esq.
LAW OFFICES OF VICKERS & WHITE, PLLC
428 S. Lawrence Street
Montgomery, AL  36104
bgriffin@vickersandwhitelaw.com
lronilo@vickersandwhitelaw.com

*Attorneys for Defendants Ana P. Hall Construction, LLC; Ana P. Hall, individually; DeAngelo DeSantos*
Caroline T. Pryor, Esq.
Jonathan R. Maples, Esq.
CARR ALLISON
6251 Monroe Street, Suite 200
Daphne, AL  36526
cpryor@carrallison.com
jmaples@carrallison.com

                                                            /s/ D. Craig Allred
                                                            D. CRAIG ALLRED (ASB-5118-D60A)

*Arrington, et. al. v. Ana P. Hall Construction, L.L.C., et al.*
Plaintiffs' Unopposed Motion for
Enlargement of Time to File Reply Brief      -3-