IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WALTER ARRINGTON, III, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No. 2:15-cv-00711-MHT-WC |
| | * | |
| ANA P. HALL CONSTRUCTION, L.L.C., et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |

**DEFENDANT ANA P. HALL CONSTRUCTION, L.L.C'S
NOTICE OF SERVICE OF DISCOVERY**

Defendant Ana P. Hall Construction, L.L.C., gives notice of service of the following:

1. Defendant Ana P. Hall Construction, L.L.C.'s Responses to Plaintiffs' First Requests for Production.

Said discovery responses are being served on all counsel of record via U.S. Mail.

Respectfully submitted this 8th day of February, 2016.

             */s/ Caroline T. Pryor*
             CAROLINE T. PRYOR (PRYOC2802)
             JONATHAN R. MAPLES (MAPL0945)
             Attorneys for Defendants,
             ANA P. HALL CONSTRUCTION, LLC,
             ANA PAULA OLINQUEVICZ HALL,
             DE ANGELO DE SANTOS, and
             BARBARA PROVITT

**OF COUNSEL:**

CARR, ALLISON
6251 Monroe Street, Suite 200
Daphne, AL 36526
(251) 626-9340
(251) 626-8928 - Facsimile
cpryor@carrallison.com
jmaples@carrallison.com

## CERTIFICATE OF SERVICE

  I do hereby certify that I have on this 8th day of February, 2016, served a copy of the foregoing on all counsel of record, by placing a copy of same in the United States Mail, first-class postage prepaid and properly addressed to the following:

David E. Allred
D. Craig Allred
ALLRED & ALLRED, P.C.
7030 Fain Park Drive, Suite 9
Montgomery, AL 36117
dallred@allredpclaw.com
callred@allredpclaw.com
Attorneys for Plaintiffs

N. Osaygefo Grubbs
THE GRUBBS LAW FIRM, L.L.C.
1703 Platt Place
Montgomery, Alabama 36117
ogrubbs@mylawyerlobby.com
Attorneys for Plaintiffs

Michael R. Lunsford
Larry W. Harper
Porterfield, Harper, Mills, Motlow
& Ireland, P.A.
22 Inverness Center Parkway Ste. 600
Birmingham, Alabama 35242
E: mrl@phm-law.com
E: lwh@phm-law.com
Attorneys for Defendant Southern
Holdings II, LLC

John E. Goodman, Esq.
BRADLEY, ARANT, BOULT CUMMINGS, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
jgoodman@babc.com
Attorney for Defendant Southern Holdings, II, LLC; and John Hurst

Bradford J. Griffin, Esq.
Lindsay C. Ronilo, Esq.
LAW OFFICES OF VICKERS & WHITE, PLLC
428 S. Lawrence Street
Montgomery, AL 36104
bgriffin@vickersandwhitelaw.com
lronilo@vickersandwhitelaw.com
Attorneys for Defendants Ana P. Hall Construction, LLC; Ana P. Hall, individually; DeAngelo DeSantos; and Barbara Provitt

Jessica Brown
2421 Chase Park Drive
Montgomery, Alabama 36110

            /s/ Caroline T. Pryor
            OF COUNSEL