IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALTER ARRINGTON, III, et. al., ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | 2:15-cv-00711-MHT-GMB |
| ANA P. HALL CONSTRUCTION, L.L.C., ) | |
| et. al., ) | |
| ) | |
| *Defendants.* ) | |

## PLAINTIFFS' FIRST AMENDED COMPLAINT

NOW COME the Plaintiffs, by and through counsel, and file this First Amended Complaint to substitute as a party defendant "Alfonso Santos" for the individual defendant named in the initial Complaint as "De Angelo De Santos." Plaintiffs' further adopt and incorporate in full by reference herein each and every paragraph and allegation, numbered 1-100, of the initial Complaint filed on July 7, 2015 as though fully set forth herein.

*Attorneys for Plaintiffs*

/s/ D. Craig Allred
DAVID E. ALLRED (ASB-3233-A40D)
D. CRAIG ALLRED (ASB-5118-D60A)

<u>OF COUNSEL</u>:

ALLRED & ALLRED, P.C.
7030 Fain Park Drive, Suite 9
Montgomery, AL 36117
Telephone:   (334) 396-9200
Facsimile:   (334) 396-9977
E-Mail:   dallred@allredpclaw.com
            callred@allredpclaw.com

## CERTIFICATE OF SERVICE

       I hereby certify that I have this 16th day of May, 2016, electronically filed a copy of the foregoing *Plaintiffs' First Amended Complaint* using the CM/ECF system who will send notification of such filing to the following parties:

*Attorney for Defendant Southern Holdings, II, LLC; and John Hurst*
John E. Goodman, Esq.
Bradley, Arant, Boult Cummings, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
jgoodman@babc.com

*Attorneys for Defendant Southern Holdings II, LLC, John Hurst & Jessica Brown*
Larry W. Harper, Esq.
Michael R. Lunsford, Esq.
PORTERFIELD, HARPER, MILLS, MOTLOW & IRELAND, P.A.
22 Inverness Center Parkway, Suite 600
Birmingham, AL 35242
lwh@phm-law.com
mrl@phm-law.com

*Attorneys for Defendants Ana P. Hall Construction, LLC; Ana P. Hall, individually; Alfonso Santos*
Caroline T. Pryor, Esq.
Jonathan R. Maples, Esq.
CARR ALLISON
6251 Monroe Street, Suite 200
Daphne, AL 36526
cpryor@carrallison.com
jmaples@carrallison.com

*Attorneys for Defendants Ana P. Hall Construction, LLC; Ana P. Hall, individually; Alfonso Santos; and Barbara Provitt*
Bradford J. Griffin, Esq.
Lindsay C. Ronilo, Esq.
LAW OFFICES OF VICKERS & WHITE, PLLC
428 S. Lawrence Street
Montgomery, AL 36104
bgriffin@vickersandwhitelaw.com
lronilo@vickersandwhitelaw.com


       /s/ D. Craig Allred
       D. CRAIG ALLRED (ASB-5118-D60A)