IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALTER ARRINGTON, III, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ANA P. HALL CONSTRUCTION, ) <br> L.L.C., *et al.*, ) <br> ) <br> Defendants. ) | Case No. 2:15-cv-711-PCH |

### **ORDER**

Pending before the Court is the *Joint Stipulation* (Doc. 60, filed 8/23/16). Upon agreement of the parties, and as approved by Judge Huck during a conference call held on August 12, 2016, it is **ORDERED** that the deadlines addressed in the Order entered on June 20, 2016 (Doc. 45) are extended an additional 30 days. The parties shall have until **September 19, 2016**, to conduct jurisdictional discovery. The Defendants shall file supplemental briefs discussing any relevant evidence obtained through the discovery held – and submit that evidence – to the Court by no later than **September 26, 2016**. The Plaintiffs' shall file any response thereto by no later than **September 28, 2016**.

DONE this the 26th day of August, 2016.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE